# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES VINCENT DAUGHTRY, JR.

NO. 2021 KW 0868

**OCTOBER 18, 2021**

---

In Re:     Charles     Vincent     Daughtry,     Jr.,     applying     for
supervisory   writs,   22nd   Judicial   District   Court,
Parish of St. Tammany, No. 534874-1.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

    **WRIT DENIED.   Ramos v. Louisiana,** \_\_\_ U.S. \_\_\_, 140 S.Ct.
1390, 206 L.Ed.2d 583 (2020), does not apply retroactively to
relator whose convictions and sentences were final at the time
the decision was rendered.   Accordingly, the district court did
not err by denying the application for postconviction relief.

                                 **WIL**
                                 **EW**
                                 **WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.